# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Trinh Chau,<br><br>*Debtor.* | Chapter 13<br>Case No. 20-12638 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

- Modified Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Dated: June 3, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com