United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                      Case No. 20-12638-pmm

Trinh T. Chau                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 3

Date Rcvd: Jul 11, 2024                      Form ID: pdf900                      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trinh T. Chau, 943 Woodlawn Avenue, Phoenixville, PA 19460-1334 |
| 14559115 | + | CitiMortgage, Inc., c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14515352 | | Citimortgage, INC, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14522698 | + | Citimortgage, INC., Cenlar FSB et al, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14512891 | + | Heather Riloff, Esquire, 425 RXR Plaza, Uniondale, NY 11556-3811 |
| 14512894 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14512896 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14512886 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14512887 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:02:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14512883 | | Email/Text: correspondence@credit-control.com | Jul 12 2024 00:01:00 | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 14512884 | + | Email/Text: ecf@ccpclaw.com | Jul 12 2024 00:01:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14512888 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14512889 | | Email/Text: bankruptcycourts@equifax.com | Jul 12 2024 00:01:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14512890 | ^ | MEBN | Jul 11 2024 23:52:31 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14512892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 00:01:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14512895 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14512897 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2024 00:01:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| 14620273 | ^ MEBN | Jul 11 2024 23:53:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14512898 | Email/Text: DASPUBREC@transunion.com | Jul 12 2024 00:01:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14523680 | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2024 00:01:00 | The Bank of New York Mellon, et. al., Bankruptcy Department, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14512885 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14512893 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC. CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB2, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006 apattison@hillwallack.com, apattison@ecf.courtdrive.com

DANIEL P. JONES
on behalf of Creditor Citimortgage INC djones@sterneisenberg.com, bkecf@sterneisenberg.com

JEROME B. BLANK
on behalf of Creditor Citimortgage INC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Trinh T. Chau help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Debtor Trinh T. Chau help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 22

THOMAS SONG
    on behalf of Creditor Citimortgage INC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　TRINH  T. CHAU<br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 20-12638-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 11, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge